

# THE THIRTEENTH COURT OF APPEALS

13-12-00356-CV

JERILYN ANN CERDA, AS NEXT FRIEND OF NOEL DOE
v.
RJL ENTERTAINMENT, INC. D/B/A CLUB CHEETAH

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 09-2723-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed, in part, and reversed and remanded, in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED AND REMANDED, IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

December 12, 2013